JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN A. GOODE, | Case No. CV 08-8308-PSG (DTB) |
| Petitioner, | JUDGMENT |
| vs. | |
| MICHAEL A. SMELOSKY, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  October 22, 2009

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE